Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____Tampa__ Division

2021 NOV -2 PM 4:45

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FL

Tarjal LaTrois O'Neal
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

10 pages attached
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 8:21 cv 2576 KKM-AEP
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [X] Yes  [ ] No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Tarjal O'Neal
   Street Address: 5233 US Hwy 98N Apt. #197
   City and County: Lakeland - Polk
   State and Zip Code: Florida 33809
   Telephone Number: (843) 226-9035
   E-mail Address: seasoned.rn@yahoo.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



Page 1 of 5

Defendant No. 1
Name: MacDill AFB (Pharmacy, Clinic, SARC)
Job or Title (if known):
Street Address:
City and County: Tampa   Hillsborough
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: Fort Jackson Army Installation (CID, Guest House, Family Advocacy) SARC
Job or Title (if known):
Street Address:
City and County: Columbia, SC
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name: Department of Economic Opportunity (Unemployment Division)
Job or Title (if known):
Street Address:
City and County: Tallahassee, Florida
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: Career Source Polk
Job or Title (if known):
Street Address:
City and County: Lakeland - Polk
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

Defendant No. 1
- Name: Broward County Sheriff's Office
- Job or Title (if known):
- Street Address:
- City and County: Fort Lauderdale
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Polk County Sheriff's Office
- Job or Title (if known):
- Street Address:
- City and County: Lakeland - Polk
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Lakeland Police Department
- Job or Title (if known):
- Street Address:
- City and County: Lakeland
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Hillsborough County Sheriff's Office
- Job or Title (if known):
- Street Address:
- City and County: Tampa
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

page 3 of 10

Defendant No. 1
Name: Atlanta Medical Center Hospital
Job or Title (if known):
Street Address:
City and County: Atlanta
State and Zip Code: Georgia
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: Post Master - U.S. Post Office
Job or Title (if known):
Street Address:
City and County: Lakeland - Polk
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name: Apple, Inc
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: Sprint, Inc
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 1
  Name: Bank of America
  Job or Title (if known):
  Street Address:
  City and County: Lakeland, Polk
  State and Zip Code: Florida 33810
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Wells Fargo Bank
  Job or Title (if known):
  Street Address:
  City and County: Lakeland - Polk
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Mid Florida Credit Union
  Job or Title (if known):
  Street Address:
  City and County: Lakeland - Polk
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Tampa Police Department
  Job or Title (if known):
  Street Address:
  City and County: Tampa
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 1
- Name: Lakeland Landing Apartment
- Job or Title (if known):
- Street Address:
- City and County: Lakeland - Polk
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Fields BMW
- Job or Title (if known):
- Street Address:
- City and County: Lakeland Polk
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Lakeland Regional Medical Center
- Job or Title (if known):
- Street Address:
- City and County: Lakeland - Polk
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Walgreens Pharmacy, Inc
- Job or Title (if known):
- Street Address:
- City and County: Lakeland,
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

page 5 of 10

Defendant No. 1
Name: T-mobile, Inc.
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: Internal Revenue Service
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name: Polk County Library System
Job or Title (if known):
Street Address:
City and County: Lakeland
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: Consulate Health & Rehab Services
Job or Title (if known):
Street Address:
City and County: Lakeland
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

page 7 of 10

**Defendant No. 1**
Name: CVS Pharmacy, Inc
Job or Title (if known):
Street Address:
City and County: Lakeland
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

**Defendant No. 2**
Name: Lakeland CID (Army Division)
Job or Title (if known):
Street Address:
City and County: Lakeland
State and Zip Code: Florida
Telephone Number:
E-mail Address (if known):

**Defendant No. 3**
Name: Humana Military Tricare (East)
Job or Title (if known):
Street Address:
City and County: Tampa
State and Zip Code: Fla
Telephone Number:
E-mail Address (if known):

**Defendant No. 4**
Name: Department of Finance & Accounting (DFAS)
Job or Title (if known):
Street Address:
City and County: Washington
State and Zip Code: D.C.
Telephone Number:
E-mail Address (if known):

page 8 of 10

Defendant No. 1
  Name: The Place at Palazzo Apartments
  Job or Title (if known):
  Street Address:
  City and County: Lakeland
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: The Reserve Apartments
  Job or Title (if known):
  Street Address: 5233 US Hwy 98N
  City and County: Lakeland
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Chase Bank, Inc
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: LA AFB
  Job or Title (if known):
  Street Address:
  City and County: LA
  State and Zip Code: California
  Telephone Number:
  E-mail Address (if known):

Defendant No. 1
  Name: Walmart, Inc
  Job or Title (if known):
  Street Address:
  City and County: Lakeland
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Department of Veteran Affairs (Bay Pines)
  Job or Title (if known):
  Street Address:
  City and County: St. Petersburg
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Publix, Inc
  Job or Title (if known):
  Street Address:
  City and County: Lakeland
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Mellisa Wilson (Sites)
  Job or Title (if known): Esquire
  Street Address:
  City and County: Lakeland
  State and Zip Code: Florida
  Telephone Number:
  E-mail Address (if known):

page 10 of 10

Defendant No. 1
- Name: Christina Mesa
- Job or Title (if known): Esquire
- Street Address:
- City and County: Tampa
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Stephen Moten
- Job or Title (if known): Employee of Department of Veterans Affairs
- Street Address:
- City and County: Tampa
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: The Crossroads Health & Rehab. Center
- Job or Title (if known):
- Street Address:
- City and County: Davenport
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Valencia Health & Rehab Center
- Job or Title (if known):
- Street Address:
- City and County: Lakeland
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Deprivation of Rights Under the Color of Law.*
*Violations of the following amendments under the US Constitution: 1st Amendment, 4th Amendment, Civil Rights Act of 1964, 10th Amendment, 13th Amendment, 11th Amendment, Substantive Due Process, Abuse of Power, Equal Protection, Coercion, Retaliation*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

    b.    If the defendant is a corporation

The defendant, *(name)* ~~N/A~~, is incorporated under the laws of the State of *(name)* ~~N/A~~, and has its principal place of business in the State of *(name)* ~~N/A~~.

Or is incorporated under the laws of *(foreign nation)* ~~N/A~~, and has its principal place of business in *(name)* ~~N/A~~.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Over 100K in medical expenses; Over 20K in unemployment compensation; Over 30K in IRS refunds/stimulus checks; Over 70K in VA Claim.
* Please note that the above stated amounts are not all inclusive and do not included damages, money embezzled out of my bank accounts, etc. I will need an attorney to assist with addressing the complete amount.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Interference with past and potential employers. Interference with seeking medical care and medications (HIPPA Violations). Illegally obtaining consents. Defamation/Slander to employers and religious leaders. Illegally obtaining medical records and monitoring medical appointments. Illegal entry & search of apartments, personal items (i.e. purse, wallets, paperwork), vehicles, hotel rooms. Tracking/monitoring all levels of communication (i.e. phone, internet, emails, postal mail, social media accounts).

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My damages and relief are extensive and I am requesting that I be allowed to seek legal counsel to ensure all damages/relief are properly and adequately address.
* Please note: prior to filing this claim - all my attempts to seek legal counsel have been interfered with; to include impersonation of law firm staff.

\* I am requesting that I be allowed time to obtain legal counsel to properly and adequately address all the issues in the complex case.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/01/2021

Signature of Plaintiff: Tarjal O'Neal
Printed Name of Plaintiff: Tarjal O'Neal

#### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address