UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TARJAL LATROIS O'NEAL,

    Plaintiff,

v.                                       Case No. 8:21-cv-2576-SDM-AEP

MACDILL AFB, *et al.*,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause comes before the Court *sua sponte*. Initially, Plaintiff filed a Complaint (Doc. 1) with an Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2), otherwise known as a request to proceed *in forma pauperis*. Upon consideration of the allegations in the complaint, the undersigned noted several deficiencies and therefore denied without prejudice Plaintiff's request to proceed *in forma pauperis* (Doc. 7). Rather than dismiss Plaintiff's claims in their entirety, Plaintiff received an opportunity to file an amended complaint to correct the noted deficiencies and, further, was put on notice that failure to file an amended complaint on or before December 29, 2021 might result in the action being dismissed. As the record indicates, Plaintiff failed to file an amended complaint within the allotted time. Accordingly, it is hereby

RECOMMENDED:

1. Plaintiff's Complaint (Doc. 1) be dismissed.

2. The Clerk be directed to terminate any deadlines and close the case.

IT IS SO REPORTED in Tampa, Florida, on this 5th day of January, 2022.

ANTHONY E. PORCELLI
United States Magistrate Judge

## NOTICE TO PARTIES

A party has fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).

cc:   Hon. Steven D. Merryday
      Counsel of Record